UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. David William Giguiere**                       **Docket No. 7:18-CR-76-1BO**

### Petition for Action on Supervised Release

COMES NOW Cierra M. Wallace, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of David William Giguiere, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With the Intent to Distribute 50 Grams or More of Methamphetamine, 21 U.S.C. § 846, 21 U.S.C. § 841(b)(1)(A); and Distribution of a Quantity of Methamphetamine and Aiding and Abetting, 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(C), 18 U.S.C. § 2, was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on October 17, 2019, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

David William Giguiere is currently incarcerated and will be released from custody on October 24, 2025, at which time the term of supervised release will commence in the Northen District of Texas.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has been approved to relocate with his sister in the Northern District of Texas. The assigned officer, in the Northern District of Texas, recommended that substance abuse and mental health treatment be utilized to address the defendant's significant substance abuse and mental health history noted in his presentence report.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

David William Giguiere
Docket No. 7:18-CR-76-1BO
Petition For Action
Page 2

Reviewed and approved,

/s/ Maurice J. Foy
Maurice J. Foy
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Cierra M. Wallace
Cierra M. Wallace
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 910-679-2034
Executed On: February 5, 2024

**ORDER OF THE COURT**

Considered and ordered this ____6____ day of ___February___, 2024, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
United States District Judge